Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, AK  99501
Phone: (907) 279-3581
Fax:   (907) 277-1331
cld@delaneywiles.com

Attorneys for Defendant
     Weidner Property Management LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| WEIDNER PROPERTY ) | |
| MANAGEMENT LLC, ) | |
| ) | |
| Defendant. ) | Case No. 3:10-cv-_____ |
| ) | |

**NOTICE OF REMOVAL OF CASE FROM STATE COURT**
**(SUPERIOR COURT NO. 3AN-10-6056 CI)**

TO THE DISTRICT COURT OF THE UNITED STATES, DISTRICT OF ALASKA, AND TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that the Defendant, Weidner Investment Services, Inc. ("Weidner"), contemporaneous with the filing of this notice, is effectuating the removal of the above-referenced action from the Superior Court of the State of Alaska, Third Judicial District, to the United States District Court for the District of Alaska.  The removal is based on the following grounds:

Notice of Removal of Case From State Court                    Page 1 of 4
*Owens v. Weidner Property Management LLC*          Case No. 3:08-cv-_____
Case 3:10-cv-00091-TMB   Document 1   Filed 05/05/10   Page 1 of 4

1. On or about March 23, 2010, there was filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, the above-entitled action, Case No. 3AN-10-6056 CI. A copy of the original complaint and all pleadings and other orders required to be included with the notice per 28 U.S.C. § 1446(a) is attached as Exhibit A.

2. Weidner first received notice of the complaint on or about April 14, 2010, via hand delivery of the complaint at their principal place of business in Kirkland, Washington.

3. The United States District Court has jurisdiction over the Superior Court action in this matter, pursuant to 28 U.S.C. § 1332, as one that may be removed under 28 U.S.C. § 1441(a) based on diversity of citizenship and as meeting all jurisdictional requirements.

4. This notice of removal is timely filed in that it is filed within thirty days of the Defendant's first notice of the lawsuit. The complaint was served on Defendant on or about April 14, 2010.

5. Weidner is a corporation organized under the laws of the State of Washington with its principal place of business in Kirkland, Washington. Its corporate citizenship is Washington.

6. Plaintiff is a citizen of Alaska.

7. There is complete diversity of citizenship between Plaintiff and Defendant.

Notice of Removal of Case From State Court                Page 2 of 4
*Owens v. Weidner Property Management LLC*        Case No. 3:08-cv-_____
Case 3:10-cv-00091-TMB   Document 1   Filed 05/05/10   Page 2 of 4

8. The complaint was filed in Alaska Superior Court, alleging damages in excess of $100,000, thus meeting the jurisdictional requirements of 28 U.S.C. § 1332(b).

9. Weidner expressly consents to removal of this action.

10. The United States District Court has jurisdiction over the State of Alaska Superior Court action, pursuant to 28 U.S.C. § 1332 as one that may be removed under 28 U.S.C. § 1441 based on diversity of citizenship and as meeting all jurisdictional requirements.

11. The notice to State Superior Court of the notice of removal is being filed contemporaneously with this notice in federal court.

DATED this 4th day of May, 2010, at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for Defendant

/s/ Cynthia L. Ducey
1007 West 3rd Avenue, Suite 400
Anchorage, AK 99501
Phone: (907) 279-3581
Fax: (907) 277-1331
cld@delaneywiles.com
Alaska Bar No. 8310161

Notice of Removal of Case From State Court  Page 3 of 4
*Owens v. Weidner Property Management LLC*  Case No. 3:08-cv-_____
Case 3:10-cv-00091-TMB   Document 1   Filed 05/05/10   Page 3 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of May, 2010, a copy of foregoing document was served via mail on:

    Dennis M. Mestas
    Law Offices of Dennis M. Mestas
    1015 West 7th Avenue
    Anchorage, AK  99501

/s/Cynthia L. Ducey
4847-7156-5830, v.  1

Notice of Removal of Case From State Court   Page 4 of 4
*Owens v. Weidner Property Management LLC*   Case No. 3:08-cv-_____

Case 3:10-cv-00091-TMB   Document 1   Filed 05/05/10   Page 4 of 4