IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD OWENS, | ) |
| Plaintiff, | ) |
| vs. | ) |
| WEIDNER PROPERTY MANAGEMENT LLC, | ) |
| Defendant. | ) Case No. 3:10-cv-00091 (TMB) |

**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff and Defendant, by and through their respective counsel of record, have stipulated and agreed to dismiss the claims and the lawsuit between Plaintiff and Defendant with prejudice, including all claims asserted or which could have been asserted, with both sides to bear their own costs and attorney fees, for the reasons that all issues raised therein have been fully and finally compromised and settled to the satisfaction of each party to this action.

With good cause appearing, it is therefore **ORDERED** that this case is dismissed with prejudice.

DATED this 23rd day of June, 2011, at Anchorage, Alaska.

/s/ Timothy M. Burgess
U.S. District Judge